Motion to Correct Denied as Moot, Opinion of October 30, 2007, Vacated
and Dismissed and Substitute Memorandum Opinion filed January 24, 2008









 

Motion
to Correct Denied as Moot, Opinion of October 30, 2007, Vacated, Dismissed and,
Substitute Memorandum Opinion filed January 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00703-CV

____________

 

DESIGN ELECTRIC, Appellant

 

V.

 

CADENCE MCSHANE CORPORATION, Appellee

 





 

On Appeal from the
281st District Court

Harris County, Texas

Trial Court Cause No.
2004-18475

 





 

S U B S T I T U T E   M E M O R A N D U M   O P I N
I O N

 

This is an
appeal from a judgment signed May 15, 2006.  On October 30, 2007, this
court issued an opinion, affirming in part and reversing and remanding in
part.  On November 8, 2007, appellant filed a motion to correct the
opinion, which we construe to be a motion for rehearing, extending our plenary
power.  On January 11, 2008, the parties filed a joint motion to dismiss
the appeal because the parties have settled the case.  We deny the motion
to correct as moot, grant the motion to dismiss, vacate our opinion of October
30, 2007, and issue this substitute opinion.  See Tex. R. App. P. 42.1. 

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Substitute Memorandum Opinion
filed January 24, 2008.

Panel consists of Justices Yates, Seymore, and
Edelman.*

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 














*  Senior Justice Richard H. Edelman sitting by
assignment.